No. 70–107.  WEBSTER *v.* OFFSHORE FOOD SERVICE, INC., ET AL.  C. A. 5th Cir.  Certiorari denied. ▇

No. 70–116.  DOWELL *v.* BEECH ACCEPTANCE CORP., INC., ET AL.  Sup. Ct. Cal.  Certiorari denied. ▇

No. 70–119.  BLEVINS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▇

No. 70–121.  LEE *v.* COUNTY COURT OF ERIE COUNTY ET AL.  Ct. App. N. Y.  Certiorari denied. ▇

No. 70–126.  RHOADES *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied. ▇

No. 70–129.  CLARK *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied. ▇

No. 70–132.  RIGGS *v.* UNITED STATES;
No. 70–134.  AMICK *v.* UNITED STATES;
No. 70–135.  NASH *v.* UNITED STATES;
No. 70–5136.  MAYNE *v.* UNITED STATES;
No. 70–5228.  WYMER ET AL. *v.* UNITED STATES; and
No. 70–5321.  BRODERICK *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Reported below: 439 F. 2d 351.

No. 70–136.  F. D. RICH CO., INC., ET AL. *v.* ACME GRANITE & TILE CO., A DIVISION OF PIPER & GREENHALGH, INC., ET AL.; and
No. 70–137.  ACME GRANITE & TILE CO., A DIVISION OF PIPER & GREENHALGH, INC. *v.* F. D. RICH CO., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.  Reported below: 437 F. 2d 549.